**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
 Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**MARY P. WILEY**,

    Plaintiff,

vs.

**COMMISSIONER of Social Security**

    Defendant.

Case No. 2:18-cv-00360-GMN-PAL

FIRST STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND

Comes now Plaintiff, by and through her attorney, JOSHUA HARRIS, ESQ., and requests a thirty (30) business day extension of time, to file the **MOTION TO FOR REMAND,** up to and including July 7, 2018.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is June 7, 2018.

The Appellate Attorney Writer has four other briefs due on exactly the same day, necessitating this extension.

Via email, opposing counsel agreed to the Request and has no objection to the extension.

FIRST STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND- 1

It is therefore respectfully requested that Plaintiff be granted a thirty (30) business day extension of time to file the **MOTION FOR REMAND** up to and including July 7, 2018.

DATED this 7th day of June, 2018.
/s/ *Joshua Harris*
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
Attorney for Plaintiff

DATED this 7th day of June, 2018
/s/ *Francesco Paulo Benavides*
**FRANCESCO PAULO BENAVIDES**
Social Security Administration
160 Spear St., Ste 800
San Francisco, CA 94105
415-977-8978
Fax: 415-744-0134
Email: francesco.benavides@ssa.

IT IS SO ORDERED.

United States Magistrate Judge

DATED: June 11, 2018

FIRST STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND- 2