**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **MARY P. WILEY**, | Case No. 2:18-cv-00360-GMN-PAL |
| Plaintiff, | |
| | SECOND MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND |
| vs. | |
| **COMMISSIONER of Social Security** | |
| Defendant. | |

Comes now Plaintiff, by and through her attorney, RICHARD HARRIS, ESQ., and requests a thirty (30) business day extension of time, to file the **MOTION TO FOR REMAND,** up to and including August 7, 2018.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is July 7, 2018 (a Saturday).

The Appellate Attorney Writer has been ill and unable to work, necessitating this extension.

/ / /

SECOND MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND- 1

Opposing counsel was contacted by email, but since it is a weekend they were not available to respond to the request for stipulation.

It is therefore respectfully requested that Plaintiff be granted a thirty (30) business day extension of time to file the **MOTION FOR REMAND** up to and including August 7, 2018.

DATED this 8th day of July, 2018.

DATED this 7th day of June, 2018.
/s/ *Joshua Harris*
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
Attorney for Plaintiff

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: July 12, 2018

SECOND MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND- 2