**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**MARY P. WILEY**,

    Plaintiff,

vs.

**COMMISSIONER of Social Security**

    Defendant.

Case No. 2:18-cv-00360-GMN-PAL

THIRD STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND

Comes now Plaintiff, by and through her attorney, JOSHUA HARRIS, ESQ., and requests a thirty (30) calendar day extension of time, to file the **MOTION TO FOR REMAND,** up to and including September 6, 2018.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is August 7, 2018.

The Appellate Attorney Writer has a short notice hearing in another case with Magistrate Judge Nancy Koppe on August 7, 2018. Preparation for this hearing and travel is interfering with the writers schedule, necessitating this extension.

SECOND MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND- 1

Via email on August 6, 2018 at 10:53 am, opposing counsel expressed no objection to the extension.

It is therefore respectfully requested that Plaintiff be granted a thirty (30) calendar day extension of time to file the **MOTION FOR REMAND** up to and including September 6, 2018.

DATED this 7th day of August 2018.

/s/ *Joshua Harris*
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
Attorney for Plaintiff

DATED this 7th day of August 2018.

/s/ *Francesco P. Benavides*
**FRANCESCO P. BENAVIDES**
CSBN 258924
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415-977-8978
Facsimile: 415-744-0134
Email: francesco.benavides@ssa.gov
Attorneys for Defendant

IT IS SO ORDERED.

United States Magistrate Judge

DATED: August 10, 2018

SECOND MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND- 2