# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARY P. WILEY,

        Petitioner,

vs.

NANCY A. BERRYHILL, Commissioner of Social Security

        Respondent.

Case No.: 2:18-cv-0360-GMN-DJA

**ORDER**

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Daniel J. Albregts, (ECF No. 25), which recommends that Petitioner Mary Wiley's ("Petitioner's") Motion to Remand, (ECF No. 19), be denied and Social Security Commissioner Nancy A. Berryhill's ("Respondent's") Motion to Affirm, (ECF No. 20), be granted. Magistrate Judge Albregts set a deadline of December 18, 2019, for objections to the R&R.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. Local R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. Local R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 25), is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Remand, (ECF No. 19), is **DENIED**.

**IT IS FURTHER ORDERED** that Respondent's Motion to Affirm, (ECF No. 20), is **GRANTED**.

The Clerk shall enter judgment accordingly and close the case.

**DATED** this  30  day of December, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court